JTM/ZAM: 2021R00276

~~~ 09.08.21

FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

DEC - 9 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** *CCB 21cr 478* |
| v. | (Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2) and (b)(1); Forfeiture, 18 U.S.C. § 2253) |
| **PAUL ANTHONY PHILIP, III** |  |
| **Defendant.** |  |

---

## INFORMATION

### COUNT ONE
### (Receipt of Child Pornography)

The United States Attorney for the District of Maryland charges that:

Between on or about February 28, 2021, and April 5, 2021, in the District of Maryland, and elsewhere, the defendant,

### PAUL ANTHONY PHILIP, III

did knowingly receive, and attempt to receive, any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct.

18 U.S.C. § 2252(a)(2) and (b)(1)

## SPECIAL ALLEGATION

The United States Attorney for the District of Maryland further charges that:

Prior to February 28, 2021, the defendant,

## PAUL ANTHONY PHILIP, III

had a prior conviction under Chapters 110 and 117 of Title 18, United States Code, to wit: on or about September 21, 2015, **PHILIP** was convicted of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5), in the United States District Court for the District of Maryland, Case No. 1:14-cr-0459-CCB.

18 U.S.C. § 2252(b)(1) and (b)(2)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on the offense charged in Count One of this Information.

2.      Upon conviction of the offense set forth in Count One of this Information, the defendant,

### PAUL ANTHONY PHILIP, III

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

    a.  any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

    b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      The property to be forfeited includes, but is not limited to, the following:

    a.  Onn Tablet, model 100015685, Android version 10, serial number TKKG7A0784L4;

    b.  SD Card, 32GB SanDisk Ultra Plus; and

    c.  LG GSM mobile phone, model LML212VL Rebel 4 PREPAID, serial number 905VTEY1110404

## Substitute Assets

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron*/JTM

EREK L. BARRON
UNITED STATES ATTORNEY

Date: December 8, 2021